# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

v.                        No. 3:19-cv-60-DPM

**PIGG, Officer, Jonesboro**   **DEFENDANT**

## ORDER

**1.** Webster hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 25 April 2019. If he doesn't, then the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Webster an application to proceed *in forma pauperis*. If the Court grants Webster permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 March 2019