# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**
ADC #114018                                                                PLAINTIFF

v.                          No. 3:19-cv-60-DPM

**PIGG, Officer, Jonesboro**                                              DEFENDANT
**Police Department**

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2019