# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GARY LEON WEBSTER**　　　　　　　　　　　　　　**PLAINTIFF**
ADC #114018

v.　　　　　　　　　　No. 3:19-cv-60-DPM

PIGG, Officer, Jonesboro　　　　　　　　　　　　　**DEFENDANT**
Police Department

## ORDER

Motion for leave to proceed *in forma pauperis* on appeal, № 17, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 9.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019