IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                  PLAINTIFF
ADC #114018

v.                              No. 3:19-cv-60-DPM

PIGG, Officer, Jonesboro                                           DEFENDANT
Police Department

## ORDER

Webster's motion to reopen his case, *Doc. 28*, is denied for lack of good cause. This case was closed in 2019.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

4 June 2024